**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 14-cr-00402-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY JAMES TUCKER,

    Defendant.

_____

PROPOSED PROTECTIVE ORDER RE PERSONAL INDENTIFYING, FINANCIAL, AND PRIVATE INFORMATION OF VICTIMS AND THIRD PARTIES
_____

    Upon consideration of the Government's Motion for a Protective Order governing the discovery in this case in order to protect the personal identifying, financial, and private information of victims and third parties, it is

    ORDERED that:

    1.  Defense counsel shall make only such copies of the discovery as are necessary to prepare a defense of the criminal case;

    2.  Defense counsel and the defendant shall only make use of the discovery in this case as is necessary to prepare a defense of this criminal case; and

    3.  With the respect to bank records of third party M.S., defense counsel may provide the defendant with reasonable access to these materials, but defense counsel shall not allow the defendant to possess copies of these records.

DATED: October 15, 2014

                                        BY THE COURT

                                        *[signature: Christine M. Arguello]*

                                        _____
                                        Christine M. Arguello
                                        United States District Judge