IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 14-cr-00402-CMA-1 | Date: October 21, 2014 |
| Courtroom Deputy: Molly Davenport | FTR – Reporter Deck-Courtroom A402 |

*Parties:*            *Counsel:*

USA,                  Pegeen Rhyne

Plaintiff,

v.

TIMOTHY JAMES TUCKER,   Douglas Richards
                        Stanley Marks

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 08:58 a .m.**

Court calls case.  Appearances of counsel.  Counsel for the USA appeared by telephone. Seth Junker appeared on behalf of U.S. Probation.

IT IS ORDERED that [document #15} First Motion for Reconsideration re 9 Restricted Document – Level 1 is GRANTED.

IT IS FURTHER ORDERED that the bond amount is reduced to $90,000.00 (secured) as set forth in the Appearance Bond executed on this date.  The defendant is to be released following processing by the U.S. Marshal.

IT IS FURTHER ORDERED that the defendant is to be subject to the terms reviewed on the record by Magistrate Judge Shaffer and as set forth in the Order Setting Conditions of Release which includes GPS monitoring.

HEARING CONCLUDED.

**Court in recess: 09:11 a.m.**
Total time in court: 00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.