## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 14-cr-00402-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY JAMES TUCKER,

    Defendant.

---

## AMENDED ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT

---

This matter is before the Court on Defendant Timothy Tucker's Unopposed Motion to Exclude Time from Speedy Trial Computation. (Doc. # 44.) The Court has reviewed this motion, the case file, and the reasons set forth in Defendant's Motion, specifically:

    1.    Defense counsel entered his appearance on February 27, 2015. Discovery was provided by former counsel on March 17, 2015. Defense counsel has been diligently working to digest and understand the discovery received, investigate issues that have arisen therefrom, and contemplate and prepare for motion practice. Despite these efforts, additional time is necessary to complete each of these tasks.

    2.    Defense counsel may need to research, draft, investigate, and prepare for hearing on a number of motions, including: motions to dismiss, motions to determine the admissibility of statements pursuant to F.R.E. 801(d)(2)(E), motions for discovery, motions to exclude evidence, and motions related to expert testimony.

    3.    Counsel for Defendant will need to identify, locate, investigate, and perhaps interview a significant number of potential witnesses in a number of states, including Colorado, Texas, New York, and Virginia. This process will be time-consuming.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. The Court is advised that the Government does not oppose a reasonable exclusion of speedy trial time, therefore, it is

ORDERED that Defendant's Unopposed Motion to Exclude Time from Speedy Trial Computation (Doc. # 44) is GRANTED, and the Court hereby grants an ends of justice continuance in this case of 90 days, which shall be excluded from the speedy trial clock, which currently stands at February 3, 2016.

DATED: July 15, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge